THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
*************************
CHRISTINE LOUISE LIBERTY,         *
KEVIN SCOTT LIBERTY               *
15249 Brazil Circle               *
Woodbridge, VA 22193              *
                                  *
              Plaintiffs,         *
                                  *
       vs.                        *    Case: 1:08-cv-01281 (JR)
                                  *
ELI LILLY AND COMPANY,            *
Lilly Corporate Center            *
Indianapolis, IN  46285           *
                                  *
              Defendant.          *
*************************
```

**DEFENDANT ELI LILLY AND COMPANY'S
ERRATA SHEET RE: NOTICE OF REMOVAL AND
DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Please take notice that on July 29, 2008, defendant Eli Lilly and Company ("Lilly") filed in the United States District Court for the District of Columbia a Notice of Removal and Disclosure of Corporate Affiliations and Financial Interest Statement for the above styled action. The case style for each of these pleadings erroneously identified one plaintiff as James Eric Feimster. The correct plaintiff name is Kevin Scott Liberty as recorded on the Civil Cover sheet also filed with this Court on July 29, 2008.

As requested by the Clerk, please substitute the attached corrected pages reflecting the revised caption for each of the above-referenced pleadings.

150137v1

Respectfully Submitted,

**SHOOK, HARDY & BACON, L.L.P.**

/s/ John Chadwick Coots
Michelle R. Mangrum, DC Bar No. 473634
John Chadwick Coots, DC Bar No. 461979
Ericka L. Kleiman, D.C. Bar No. 979666
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone; (202) 783-4211 Fax

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd. Kansas City, Missouri 64108
(816) 474-6550 Telephone; (816) 421-5547 Fax

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
************************
CHRISTINE LOUISE LIBERTY,      *
KEVIN SCOTT LIBERTY            *
15249 Brazil Circle            *
Woodbridge, VA 22193           *
                               *
          Plaintiffs,          *
                               *
     vs.                       *   Case: 1:08-cv-01281 (JR)
                               *
ELI LILLY AND COMPANY,         *
Lilly Corporate Center         *
Indianapolis, IN  46285        *
                               *
          Defendant.           *
************************
```

## DEFENDANT ELI LILLY AND COMPANY'S
## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Eli Lilly and Company ("Lilly"), pursuant to 28 U.S.C. §§ 1441 and 1446, notices the removal of this action from the Superior Court for the District of Columbia, Civil Division, to this Court. The grounds for removal are as follows:

### INTRODUCTION

1.  On July 11, 2008, Plaintiff filed this case against Lilly. The action is styled as *Christine Louise Liberty, et al. v. Eli Lilly and Company,* Civil Action No. 0004979-08, in the Superior Court for the District of Columbia, Civil Division. In her Complaint, Plaintiff alleges that her *in utero* exposure to diethylstilbestrol ("DES") caused uterine and cervical malformations and miscarriages. *See* Complaint at ¶ 7.

2.  Pursuant to 28 U.S.C. § 1446(a), Lilly has attached "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action" as **Exhibit A**.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE LOUISE LIBERTY, <br> KEVIN SCOTT LIBERTY <br> 15249 Brazil Circle <br> Woodbridge, VA 22193 <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br> Lilly Corporate Center <br> Indianapolis, IN 46285 <br><br> Defendant. | Case: 1:08-cv-01281 (JR) |

## DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 31st day of July, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036

**Attorneys for Plaintiff**

                                                  /s/ John Chadwick Coots
                                                  **ATTORNEY FOR DEFENDANT**
                                                  **ELI LILLY AND COMPANY**

150137v1