**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHRISTINE LOUISE LIBERTY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CASE NO.: 1:08-cv-01281 (JR/AK)** |
| v. ) | |
| ) | |
| **ELI LILLY AND COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### JOINT MOTION TO CORRECT AND SUBSTITUTE PLAINTIFF

Plaintiffs Christine Louise Liberty and Kevin Scott Liberty and defendant Eli Lilly and Company ("Lilly"), by and through their designated counsel, respectfully request that the Court correct the record in this matter to reflect the correct plaintiffs. In particular, the plaintiffs in this case are Christine Louise Liberty and Kevin Scott Liberty. Currently, the docket reflects that James Eric Feimster is a plaintiff but does not include Kevin Scott Liberty.

Mr. Feimster and his wife, Kelly Laymon Feimster, have a case pending against Eli Lilly as well (Case No. 1:08-cv-01302 (RCL). Removals from the Superior Court for the District of Columbia were filed in both cases at or about the same time. Defendant Lilly filed a Notice of Removal and Disclosure of Corporate Affiliations and Financial Interest Statement in the instant case that mistakenly referenced Mr. Feimster. On July 31, 2008, Lilly filed an Errata Sheet correcting this mistake. However, Mr. Feimster still appears on the docket in the *Liberty* case. Lilly apologizes for any confusion caused by this error.

WHEREFORE, the parties respectfully request that this Court remove James Eric Feimster as a listed plaintiff in this case and add Kevin Scott Liberty.

150409v1

Respectfully Submitted,

| AARON LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
|---|---|
| /s/ Aaron M. Levine | /s/ Ericka L. Kleiman |
| Aaron M. Levine, D.C. Bar No. 7864 | Michelle R. Mangrum, D.C. Bar No. 473634 |
| AARON LEVINE & ASSOCIATES | John Chadwick Coots, D.C. Bar No. 461979 |
| 1320 19th St., N.W., Suite 500 | Ericka L. Kleiman, D.C. Bar No. 979666 |
| Washington, D.C. 20036 | SHOOK, HARDY & BACON, L.L.P. |
| (202) 833-8040 Telephone | 600 14th Street, N.W., Suite 800 |
| (202) 833-8046 Facsimile | Washington, D.C. 20005-2004 |
|  | (202) 783-8400 Telephone |
| **ATTORNEYS FOR PLAINTIFF** | (202) 783-4211 Facsimile |

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO  64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

**ATTORNEYS FOR DEFENDANT**
**ELI LILLY AND COMPANY**

150409v1

CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 12th day of August, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

                                       /s/ Ericka L. Kleiman
                                       **ATTORNEY FOR DEFENDANT**
                                       **ELI LILLY AND COMPANY**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHRISTINE LOUISE LIBERTY, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ELI LILLY AND COMPANY,** )<br>)<br>**Defendant.** )<br>) | **CASE NO.: 1:08-cv-01281 (JR/AK)** |

**PROPOSED ORDER**

This matter came before the Court upon plaintiffs and defendant Eli Lilly and Company's ("Lilly") Joint Motion to Correct and Substitute Plaintiff.

IT IS HEREBY ORDERED THAT the motion is granted; and

ORDERED that James Eric Feimster be removed as a plaintiff in this case; and

ORDERED that Kevin Scott Liberty will be added as a plaintiff in this case.

Dated this _____ day of _____, 2008.

_____
United States District Court Judge

cc:    Appended list of counsel of record

150430v1

2

**COUNSEL OF RECORD**

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

Michelle R. Mangrum, Esq.
John Chadwick Coots, Esq.
Ericka L. Kleiman, Esq.
Shook, Hardy & Bacon, L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant**
**Eli Lilly and Company**

150430v1