CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CHRISTINE LOUISE LIBERTY, et al.  )
)
)
)
          Plaintiff   )
     v.              )   Civil Case Number 08-1281 (RCL)
)
)
)
ELI LILLY AND COMPANY      )   Category B
)
          Defendant   )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 21, 2008</u> from <u>Judge James Robertson</u> to <u>Chief Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Case transferred by consent.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
      Chief Judge Lamberth & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk